# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | LOMAYESVA FARMS LLC |
| **Case Number:** | 0:18-BK-06661-SHG   **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JUNE 18, 2018 11:00 AM   COURTROOM 329 |
| **Bankruptcy Judge:** | SCOTT H. GAN |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | RHIANNA DOMINGUEZ |

## Matters:

1) CONTINUED HEARING ON DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS: (A) AUTHORIZING USE OF CASH COLLATERAL; (B) GRANTING ADEQUATE PROTECTION; AND (C) GRANTING RELATED RELIEF ("CASH COLLATERAL MOTION") (cont. from 6/14/18)
   **R / M #:**   9 / 0

2) CONTINUED HEARING ON DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS: (A) AUTHORIZING DEBTOR IN POSSESSION FINANCING; (B) AUTHORIZING ADEQUATE PROTECTION; AND (C) GRANTING RELATED RELIEF ("DIP MOTION") (cont. from 6/14/18)
   **R / M #:**   10 / 0

## Appearances:

DEAN M. DINNER, ATTORNEY FOR LOMAYESVA FARMS LLC, Appearing by telephone
ELIZABETH S FELLA, ATTORNEY FOR WELLS FARGO BANK NA, Appearing by telephone
GREGORY J GNEPPER, ATTORNEY FOR E & S FARMING, LLC, Appearing by telephone
MICHAEL R KING, ATTORNEY FOR E & S FARMING, LLC, Appearing by telephone

Page 1 of 3

Case 0:18-bk-06661-SHG   Doc 52   Filed 06/18/18   Entered 06/21/18 07:55:46   Desc
Main Document    Page 1 of 3                                06/21/2018  7:55:25AM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 0:18-BK-06661-SHG    MONDAY, JUNE 18, 2018 11:00 AM

## *Proceedings:*

ITEM 1: CONTINUED HEARING ON DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS: (A) AUTHORIZING USE OF CASH COLLATERAL; (B) GRANTING ADEQUATE PROTECTION; AND (C) GRANTING RELATED RELIEF ("CASH COLLATERAL MOTION") (cont. from 6/14/18)

ITEM 2: CONTINUED HEARING ON DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS: (A) AUTHORIZING DEBTOR IN POSSESSION FINANCING; (B) AUTHORIZING ADEQUATE PROTECTION; AND (C) GRANTING RELATED RELIEF ("DIP MOTION") (cont. from 6/14/18)

The Court wonders if the parties have had an opportunity to discuss the timing of the next hearing.

Mr. Dinner responds that the parties have had discussions but have not come to a conclusion regarding the timing of the next hearing.

Ms. Fella advises that she would anticipate taking discovery prior to the next hearing. She thinks they will be calling the state court receiver as a witness with respect to the financial projections. Wells Fargo will be filing a Motion to Dismiss and would like it to be heard the same day as the DIP financing motion.

The Court is looking at June 25, 26 or 27 for the hearing.

Mr. Dinner can work with those dates. He has not seen the motion to dismiss but would reserve his objection to respond to that on an expedited basis.

The Court thinks Ms. Fella is trying to end the use of her client's collateral as soon as possible but it depends on what happens with the DIP loan whether there will be any debtor to continue to fund after the first of July anyway.

The parties agree on a hearing Tuesday, June 26th at 9:30 a.m. with a potential continuance to June 27th in the a.m. to be held at 38 S. Scott Avenue, Tucson, Room 329.

Mr. Gnepper wants to know if video will be available in Phoenix as his participation will be less active.

The Court confirms that video will be available in Phoenix. The parties participating in the evidentiary portion will be expected to appear in Tucson.

Ms. Fella thought at the last hearing that it was indicated that the Motion to Dismiss or Convert could be heard at the same time as the DIP motion. She thinks the factual issue in the Motion to Dismiss will substantially overlap with the factual issues in the DIP financing motion. She understands that the first part of the hearing on the DIP finance motion is a hearing on the perfection of Wells Fargo's security interest. She clarifies that Wells Fargo will present a prima facie case about the perfection of its security interest but Wells Fargo is reserving its rights to the protections of an adversary proceeding before any binding final determination on that point. She inquires that to the extent that the parties will be filing briefing on that issue she wonders when that would be due.

The Court is not sure based upon the time frame that is fair to have the debtor file a brief and be prepared to argue that issue by June 26. If Ms. Fella would like to present evidence that is relevant to consideration of both the DIP motion and the Motion to Dismiss, the Court will allow it if it doesn't go too far afield or take too much time. If Mr. Dinner will need to respond and present additional evidence, then a further hearing can be set. Regarding the issue of the security interest, the Court will not be determining for all purposes that Wells Fargo does or does not have a first priority lien. It will be determining whether or not Ms. Fella has made enough of a case that it requires the debtor to demonstrate how the priming lien does not adversary affect Wells Fargo's first position lien, if that is established, so that the debtor can comply with the loan and provide adequate protection. The Court engages the parties in discussion about the positions that have already been

Page 2 of 3

Case 0:18-bk-06661-SHG    Doc 52    Filed 06/18/18    Entered 06/21/18 07:55:46    Desc
Main Document    Page 2 of 3    06/21/2018  7:55:25AM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   0:18-BK-06661-SHG          MONDAY, JUNE 18, 2018 11:00 AM

argued in the pleadings which have been filed and whether or not additional briefing would be required. It is determined that the parties will brief the matters further and go with the Court's suggestion that Ms. Fella file a brief by June 20, Mr. Dinner is to file a response by June 22, and a reply may be filed on June 25.

**COURT: AN EVIDENTIARY HEARING IS SET FOR TUESDAY, JUNE 26, 2018 AT 9:30 A.M. AT THE JAMES A. WALSH COURTHOUSE, 38 S. SCOTT AVENUE, TUCSON, ROOM 329.** *(Video will be available in Phoenix in room 602 for parties not participating in the evidentiary portion of the hearing)*

The hearing is adjourned.

**\*\* SUBSEQUENTLY**, THE EXHIBITS ARE TO BE PREMARKED AND SUBMITTED TO THE COURTROOM CLERK ON EITHER A CD-ROM OR THUMB DRIVE NO LATER THAN MONDAY, JUNE 25, 2018 AT 12:00 P.M.

Page 3 of 3

Case 0:18-bk-06661-SHG    Doc 52    Filed 06/18/18    Entered 06/21/18 07:55:46    Desc
Main Document    Page 3 of 3    06/21/2018  7:55:25AM